**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
HERMINIO RODRIGUEZ et al.,

                        Plaintiff,                   **ORDER**

            -against-                   **25-CV-7694 (JHR) (JW)**

NORMANS CAY GROUP LLC et
al.,

                       Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court held an Initial Case Management Telephone Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on **April 21, 2026 at 2:00 PM.** The Parties are ordered to meet and confer by **April 30, 2026** and file a new proposed case management plan by **May 5, 2026**.

      SO ORDERED.

DATED:    New York, New York
           April 21, 2026

                                     _Jennifer E. Willis_
                                   JENNIFER E. WILLIS
                                   United States Magistrate Judge