**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

HERMINIO RODRIGUEZ (a.k.a. ANGEL),
*individually and on behalf of others similarly situated,*

Civil Action No. 1:25-cv-07694-JHR

*Plaintiff,*

-against-

~~**[Proposed Form Of]**~~
**JUDGMENT**

NORMANS CAY GROUP LLC (d/b/a LAS'LAP), SCOTT ROBERT WILLIAMS, VINCENT BRYANT, and NICHOLAS SEMKIW,

*Defendants.*

-----------------------------------------------------------------X

**JUDGMENT**

On July 23, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, HERMINIO RODRIGUEZ (a.k.a. ANGEL), has judgment against Defendants NORMANS CAY GROUP LLC (d/b/a LAS'LAP), SCOTT ROBERT WILLIAMS, VINCENT BRYANT, and NICHOLAS SEMKIW, jointly and severally, in the amount of Thirty-One Thousand Dollars and Zero Cents ($31,000.00), which is inclusive of attorneys' fees and costs.

Dated: August 24, 2026

The Clerk of Court is directed to cancel all deadlines, terminate all pending motions, and close this case.

Jennifer H. Rearden
HON. JENNIFER H. REARDEN
U.S. DISTRICT JUDGE